UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TYREESE TAYLOR-BEY, )<br>)<br>         Plaintiff, )<br>)<br>   vs. )<br>)<br>THE GOVERNOR, et al., )<br>)<br>         Defendants. ) | No. 1:07-cv-525-SEB-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b)**. The claim for injunctive relief is dismissed for lack of jurisdiction and the claims for damages are dismissed without prejudice.

Date:  05/02/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tyreese Taylor-Bey
#284774
Marion County Jail 2 2F/21B
730 E. Washington Street
Indianapolis, IN   46204